FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR -4 PM 1:56

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 415-221 |
| SHANE R. SCOTT | ) | |
| | ) | |
| Defendant | ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the

Information pending against Defendant *SHANE SCOTT* without prejudice.

SO ORDERED, this __4th__ day of __April_____, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA